UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| NETCHOICE, LLC<br><br>        Plaintiff<br><br>v.<br><br>TIM GRIFFIN, in his Official Capacity as Attorney General of Arkansas<br><br>        Defendant | Case No. 5:23-cv-05105-TLB |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Defendant, Plaintiff NetChoice, LLC moves this Court for the admission of Erin E. Murphy of the law firm Clement & Murphy, PLLC, to appear as an additional attorney of record for and on behalf of NetChoice *pro hac vice*. In support of said motion, NetChoice states as follows:

1. The undersigned is a member in good standing of the bar of the State of Arkansas and the United States District Court for the Western District of Arkansas. She maintains an office located in Arkansas. The court and opposing counsel may readily communicate with the undersigned regarding the conduct of the case.

2. Ms. Murphy's office address, e-mail address and telephone number are:

> Erin E. Murphy
> Clement & Murphy, PLLC
> 706 Duke St.
> Alexandria, VA 22314
> Phone: (202) 742-8900
> Email: erin.murphy@clementmurphy.com

3. Ms. Murphy is admitted to, and a member in good standing of, the Virginia State Bar (since 2006), as well as the District of Columbia Bar (since 2010).

4. Ms. Murphy does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. Ms. Murphy agrees to follow the Local Rules of the Court and to submit to the jurisdiction of the Court in matters of discipline.

WHEREFORE, NetChoice respectfully requests that this Court enter an order allowing Erin E. Murphy to appear before the Court *pro hac vice* as an additional attorney of record on behalf of NetChoice in the above-captioned case.

Respectfully submitted,

Katherine C. Campbell, Ark. Bar No. 2013241
FRIDAY ELDREDGE & CLARK LLP
3350 S. Pinnacle Hills Pkwy., Suite 301
Rogers, AR  72758
Phone: (479) 695-6040
Fax: (501) 537-2946
kcampbell@fridayfirm.com