UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                    **PLAINTIFF**

v.                               **CASE NO. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his Official Capacity**
**as Attorney General of Arkansas**                                                         **DEFENDANT**

<u>**NOTICE OF APPEARANCE**</u>

      Erin E. Murphy, of the law firm Clement & Murphy, PLLC, hereby enters her appearance as counsel on behalf of Plaintiff, NetChoice, LLC, and requests that he receive copies of any and all further notices, pleadings, or correspondence in this matter from this point forward.

                                                    Respectfully submitted,

                                                    s/Erin E. Murphy