UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                          **PLAINTIFF**

v.                                   CASE NO. 5:23-cv-05105-TLB

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                                        **DEFENDANT**

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff NetChoice, LLC ("NetChoice"), by and through its attorneys, files this Motion for Preliminary Injunction against Tim Griffin, in his official capacity as Attorney General of Arkansas, pursuant to Federal Rule of Civil Procedure 65(a). NetChoice respectfully asks the Court to preliminarily enjoin Attorney General Griffin, as well as all officers, agents, and employees subject to his supervision, direction, or control (including prosecutors charged with enforcing the criminal provisions of S.B. 396), from enforcing or otherwise bringing suit against NetChoice and its members under S.B. 396. NetChoice respectfully asks the Court to issue the injunction before September 1, 2023, when S.B. 396 is scheduled to take effect. In support of its Motion, NetChoice states as follows:

1.   On June 29, 2023, NetChoice filed a Complaint, which is incorporated fully herein. *See* ECF No. 2.

2.   As set forth in the Complaint, this case involves a constitutional challenge to S.B. 396, which is set to take effect on September 1, 2023. S.B. 396 purports to protect minors from alleged harmful effects of "social media" by requiring "social media companies" to verify that any person seeking to create an account is at least 18 years old or has parental consent to create an account.

3. NetChoice submits a Memorandum in Support of the Motion for Preliminary Injunction, which is incorporated by reference. For the reasons set forth in that memorandum, NetChoice satisfies the four factors for granting a preliminary injunction against the enforcement of S.B. 396. *See Johnson v. Minneapolis Park & Rec. Bd.*, 729 F.3d 1094, 1095 (8th Cir. 2013).

4. NetChoice submits the following exhibits in support of the Motion for Preliminary Injunction, which are incorporated by reference:

    a. Exhibit A - Declaration of Carl Szabo, Vice President and General Counsel of NetChoice, LLC.

    b. Exhibit B - Declaration of Antigone Davis, Vice President, Global Head of Safety at Meta Platforms, Inc.

    c. Exhibit C - Declaration of David Boyle, Senior Director, Product at Snap Inc.

    d. Exhibit D - Declaration of Justyn Harriman, Senior Engineering Manager for Trust & Safety and Verification at Nextdoor.

WHEREFORE, NetChoice respectfully requests that the Court grant its Motion for Preliminary Injunction, enter an Order preliminarily enjoining Attorney General Griffin, as well as all officers, agents, and employees subject to his supervision, direction, or control (including prosecutors charged with enforcing the criminal provisions of S.B. 396), from enforcing or otherwise bringing suit against NetChoice and its members under S.B. 396 pending a decision on the merits of Plaintiff's claims, and for any other just and proper relief.

Date: July 7, 2023                                  Respectfully submitted,

                                                 Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
Friday, Eldredge & Clark, LLP
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758
Telephone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kcampbell@fridayfirm.com

Paul D. Clement (admitted *pro hac vice*)
Erin E. Murphy (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Joseph J. DeMott (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com

## **CERTIFICATE OF SERVICE**

      I, Marshall S. Ney, certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system this 7th day of July, 2023, and that a copy of the same will be served via process server to the following:

Tim Griffin  
Attorney General of Arkansas  
323 Center Street  
Suite 200  
Little Rock, AR 72201

                                                              /s/ Marshall S. Ney  
                                                              Marshall S. Ney