IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                      **Plaintiff**

v.                                          Case No. 5:23-cv-5105

**TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas**                                                                                   **Defendant**

### Notice of Appearance

Senior Assistant Attorney General Jordan Broyles hereby enters her appearance as counsel for Defendant Tim Griffin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    /s/ Jordan Broyles
        Jordan Broyles
        Ark. Bar No. 2015156
        Senior Assistant Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        (501) 682-9482
        (501) 682-2591 fax
        jordan.broyles@arkansasag.gov

*Attorneys for Tim Griffin*