IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                      **Plaintiff**

v.                                          Case No. 5:23-cv-5105

**TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas**                                                                               **Defendant**

## Notice of Appearance

Assistant Attorney General Justin Brascher hereby enters his appearance as counsel for Defendant Tim Griffin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:     /s/ Justin Brascher
Justin Brascher
Ark. Bar No. 2023029
Assistant Attorney General
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
justin.brascher@arkansasag.gov

*Attorneys for Tim Griffin*