# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                **Plaintiff**

v.                               Case No. 5:23-cv-5105

**TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas**                                                **Defendant**

## Notice of Appearance

Senior Assistant Attorney General Noah P. Watson hereby enters his appearance as counsel for Defendant Tim Griffin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

                                          Respectfully submitted,

                                          TIM GRIFFIN
                                          Attorney General

By:     /s/ Noah P. Watson
          Noah P. Watson
          Ark. Bar No. 2020251
          Senior Assistant Attorney General
          Arkansas Attorney General's Office
          323 Center Street, Suite 200
          Little Rock, Arkansas 72201
          (501) 682-1019
          (501) 682-2591 fax
          noah.watson@arkansasag.gov

          *Attorneys for Tim Griffin*