IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                          **PLAINTIFF**

V.                              **CASE NO. 5:23-CV-05105**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                                           **DEFENDANT**

## ORDER SETTING BRIEFING SCHEDULE AND HEARING

Before the Court is a Motion for a Preliminary Injunction (Doc. 17) filed by Plaintiff on July 7, 2023. **IT IS HEREBY ORDERED** as follows:

(1) A hearing on the Motion will take place on **Tuesday, August 15, 2023**, **at 10:00 a.m. in the Fifth Floor Courtroom**.

(2) Defendant's response to the Motion must be filed by **Thursday, July 27, 2023**.

(3) If Plaintiff wishes to submit a reply brief, it must be filed by **Thursday, August 3, 2023**, and may not exceed 10 pages in length absent leave of Court.

(4) Counsel are directed to exchange exhibit and witness lists. Such lists should be emailed to chambers at *tlbinfo@arwd.uscourts.gov* by no later than **Tuesday, August 8, 2023**. Witness lists should include a summary of each witness's anticipated testimony.

(5) Counsel are directed to confer regarding the admissibility of all proposed exhibits. Any objections to proposed exhibits should be stated in writing and emailed to chambers, with a copy to opposing counsel, by **Friday, August 11, 2023**.

(6) Counsel are directed to exchange proposed stipulations of fact and then, after conferral, create a list of joint, agreed stipulations of fact that the Court may rely on in ruling on the Motion.  The joint, agreed stipulations of fact must be emailed to chambers by no later than **Friday, August 11, 2023**.

**IT IS SO ORDERED** this 12th day of July, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE