**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**


NETCHOICE, LLC                                                                    **Plaintiff**

v.                                    **Case No. 5:23-cv-5105**

TIM GRIFFIN, **in his official capacity as Attorney**
**General of Arkansas**                                                        **Defendant**

## Notice of Appearance

Deputy Attorney General John Payne hereby enters his appearance as counsel for Defendant Tim Griffin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

Respectfully submitted,

TIM GRIFFIN
Attorney General


By:     /s/ John Payne
        John Payne
        Ark. Bar No. 97097
        Deputy Attorney General
        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, AR 72201
        (501) 682-3663
        (501) 682-2591 fax
        john.payne@arkansasag.gov

        *Attorneys for Tim Griffin*