UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>  *Plaintiff*,<br><br>    v.<br><br>TIM GRIFFIN, in his Official Capacity as Attorney General of Arkansas,<br><br>  *Defendant*. | Case No. 5:23-cv-05105-TLB |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF ARKANSAS, AND ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The American Civil Liberties Union, American Civil Liberties Union of Arkansas, and Electronic Frontier Foundation (collectively, "Amici"), by and through counsel, move this Court to grant them leave to file an amici curiae brief in support of Plaintiff's Motion for Preliminary Injunction.

1. In support of this Motion, Amici file simultaneously herewith a copy of their proposed brief amici curiae, attached as Exhibit A, and a brief in support of this Motion pursuant to Local Rule 7.2(a).

2. Plaintiff consents to the filing of the proposed amici curiae brief. Defendant does not consent.

WHEREFORE, Amici move this Court for an order permitting them to file the amici curiae brief in support of Plaintiff's Motion for Preliminary Injunction.

Dated: July 14, 2023                                    Respectfully submitted,

***/s/ Holly Dickson*** 
Holly Dickson, Ark. Bar No. 98137
THE ARKANSAS CIVIL LIBERTIES
UNION FOUNDATION, INC.
904 West Second Street, Suite 1
Little Rock, Arkansas 72201
(501) 374-2842
holly@acluarkansas.org

Vera Eidelman
Laura Moraff
Ben Wizner
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Fl.
New York, NY 10004
(212) 549-2500
veidelman@aclu.org

David Greene
ELECTRONIC FRONTIER
FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
davidg@eff.org

*Counsel for Proposed Amici Curiae American Civil Liberties Union, American Civil Liberties Union of Arkansas, and Electronic Frontier Foundation*