IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                                    **Plaintiff**

**Case No. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                                                       **Defendant**

### THE ATTORNEY GENERAL'S RESPONSE TO
### ACLU'S MOTION FOR LEAVE TO FILE AMICUS BRIEF

The Attorney General neither consents to nor opposes the filing of an amicus brief by the ACLU. The Attorney General disagrees with the position and contents of the ACLU's proposed brief.

                                            Respectfully submitted,

                                            TIM GRIFFIN
                                            Attorney General

                  By:    Justin Brascher
                           Ark. Bar No. 2023029
                           Assistant Attorney General

                           Noah P. Watson
                           Ark. Bar No. 2020251
                           Senior Assistant Attorney General

                           Jordan Broyles
                           Ark. Bar No. 2015156
                           Senior Assistant Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
justin.brascher@arkansasag.gov
noah.watson@arkansasag.gov
jordan.broyles@arkansasag.gov

*Attorneys for the Attorney General*