## AFFIDAVIT OF SERVICE

| Case: 5:23-cv-05105-TLB | Court: United States District Court, Western District of Arkansas | County: | Job: 9151236 |
|---|---|---|---|
| Plaintiff / Petitioner: NETCHOICE, LLC | | Defendant / Respondent: TIM GRIFFIN, in his official capacity as Attorney General of Arkansas | |
| Received by: Patton Legal Services | | For: Friday, Eldredge & Clark, LLP | |
| To be served upon: TIM GRIFFIN, in his official capacity as Attorney General of Arkansas | | | |

I, Robin Slate, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | TIM GRIFFIN, in his official capacity as Attorney General of Arkansas, 323 Center Street Suite 200, Little Rock, AR 72201 |
|---|---|
| Manner of Service: | Government Agency, Jul 7, 2023, 3:46 pm CDT |
| Documents: | Motion for Preliminary Injunction, BIS of Motion for Preliminary Injunction |

**Additional Comments:**
1) Successful Attempt: Jul 7, 2023, 3:46 pm CDT at 323 Center Street Suite 200, Little Rock, AR 72201 received by TIM GRIFFIN, in his official capacity as Attorney General of Arkansas.
Served to Michele Kulesa constituent service representative front desk at the address on the summons

_____  07/07/2023
Robin Slate                      Date

Patton Legal Services
P.O. Box 2384
Bentonville, AR 72712
(479) 544-7004

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
07/07/2023                       11/20/2030
Date                             Commission Expires

Cody Patton
Benton County Arkansas
NOTARY PUBLIC — ARKANSAS
My Commission Expires November ,20,2030
Commission No. 12712550