IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                      **PLAINTIFF**

**v.**                         **CASE NO. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                         **DEFENDANT**

**MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**
**AND REQUEST FOR ADDITIONAL PAGES**

Plaintiff NetChoice, LLC ("NetChoice"), by and through its attorneys, files this Motion for Extension and Request for Additional Pages, and in support states as follows:

1. On July 7, 2023, NetChoice filed its Motion for Preliminary Injunction and Brief in Support. *See* ECF Nos. 17-18.

2. On July 12, 2023, the Court entered an Order Setting Briefing Schedule and Hearing on the Preliminary Injunction Motion. *See* ECF No. 24.

3. On July 27, 2023, Defendant filed a twenty-four (24) page Brief in Opposition to the Preliminary Injunction Motion and a twenty-eight (28) page declaration. *See* ECF No. 34.

4. Pursuant to the Court's Order, NetChoice's reply brief currently is due by August 3, 2023, and the reply brief is not to exceed 10 pages in length. *See* ECF No. 24.

5. NetChoice respectfully asks the Court to extend its reply brief deadline by four (4) days until August 7, 2023. The request will not impact other deadlines in the Court's Order, as the reply would be filed before all remaining deadlines in the Court's Order.

6. NetChoice also respectfully requests an additional five (5) pages for its reply brief.

.

7. The undersigned counsel has conferred with counsel for defendant and is authorized to report that defendant does not object to the request for additional pages but objects to the request for an extension of time to file the reply brief.

WHEREFORE, NetChoice respectfully requests that the Court grant its Motion, extend the reply brief deadline until August 7, 2023, grant NetChoice leave to file a reply brief not to exceed 15 pages in length, and for any other just and proper relief.

Date: July 28, 2023

Respectfully submitted,

Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
Friday, Eldredge & Clark, LLP
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758
Telephone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kcampbell@fridayfirm.com

Paul D. Clement (admitted *pro hac vice*)
Erin E. Murphy (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Joseph J. DeMott (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com