IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                          **PLAINTIFF**

**Case No. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his official capacity
as Attorney General of Arkansas**                                                    **DEFENDANT**

**RESPONSE TO NETCHOICE, LLC MOTION FOR
EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION AND REQUEST FOR ADDITIONAL PAGES**

Comes now the Attorney General, by and through counsel, and for his Response to Plaintiff's Motion for Extension of Time to File Reply in Support of Motion for Preliminary Injunction and Request for Additional Pages, states as follows:

1. On July 12, 2023, the Court entered an Order Setting Briefing Schedule and Hearing. *See* ECF No. 24.

2. The Attorney General complied with the deadlines and filed its Response to the Motion for Preliminary Injunction on Thursday, July 27, 2023. *See* ECF No. 34.

3. The Court's deadline for the reply brief is August 3, 2023 and the brief is not to exceed ten (10) pages in length. *See* ECF No. 24.

4. On July 28, 2023, counsel for NetChoice, LLC contacted the undersigned requesting a 4-day extension of time to file the reply, or until August 7, and for five (5) additional pages for their reply. Of course, these matters are for the Court to decide.

5. In response, the Attorney General agreed not to oppose the request for additional pages, but could not consent to the extension to August 7, explaining an extension would impact the ability to comply with other deadlines in the Court's Order. More specifically, the deadline for

exchanging witness and exhibit lists is August 8, 2023, resulting in less than 24 hours for the Attorney General to coordinate with experts on testimony and exhibits.

6. NetChoice makes note of the length of the Attorney General's Brief in Opposition to the Preliminary Injunction Motion and supporting declaration. Thus it bears noting the following:

On June 29, 2023, NetChoice filed its Complaint for Declaratory Judgment and Injunctive Relief (34 pages). *See* ECF No. 2.

On July 7, 2023, NetChoice filed its Motion for Preliminary Injunction (52 pages) including four declarations—Exhibit A: Declaration of Carl Szabo, Vice President and General Counsel of NetChoice, LLC (6 pages), Exhibit B: Declaration of Antigone Davis, Vice President of Global Head of Safety for Meta Platforms, Inc. (21 pages), Exhibit C: Declaration of David Boyle, Senior Director, Product at Snap, Inc. (4 pages), and Exhibit D: Declaration of Justyn Harriman, Senior Engineering Manager for Trust & Safety and Verification at Nextdoor (13 pages), and its Memorandum Brief in Support (48 pages). *See* ECF No. 17-18.

7. Allowed only one opportunity to respond, the Attorney General did so in kind.

8. Again, the Attorney General takes no opposition to the request for additional pages.

9. The request for more time, however, will prejudice the Attorney General's ability to consult with experts and prepare necessary exhibits before the Court's deadline.

WHEREFORE, having fully responded to the motion of NetChoice, the Attorney General respectfully asks the Court to deny the request for an extension of time. He does not oppose the request for additional pages.

Date: July 29, 2023                                              Respectfully submitted,

                                                                 TIM GRIFFIN
                                                                 Attorney General

By: John Payne
Ark. Bar No. 97097
Deputy Attorney General

Justin Brascher
Ark. Bar No. 2023029
Assistant Attorney General

Noah P. Watson
Ark. Bar No. 2020251
Senior Assistant Attorney General

Jordan Broyles
Ark. Bar No. 2015156
Senior Assistant Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
john.payne@arkansasag.gov
justin.brascher@arkansasag.gov
noah.watson@arkansasag.gov
jordan.broyles@arkansasag.gov

*Attorneys for the Attorney General*