IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                   **PLAINTIFF**

       **ATTORNEY:**    Marshall Ney        Erin Murphy
                             James Xi           Joseph DeMott

**v.**                        **CASE NO. 5:23-CV-5105**

**TIM GRIFFIN, In His Official Capacity as**
**Attorney General of Arkansas**                                   **DEFENDANT**

       **ATTORNEY:**    Justin Brascher      Jordan Broyles

---

**JUDGE: TIMOTHY L. BROOKS**                         **REPORTER: PAULA BARDEN**
                                                                   **COURT CLERK: SHERI CRAIG**

## MOTION HEARING MINUTES
### August 15, 2023

| TIME | MINUTES |
|---|---|
| 10:08 am | Court Convenes |
| | Procedural History by the Court |
| | CX#1 - Joint Stipulations - Stipulated Exhibits of Plaintiff (1-17) and Stipulated Exhibits of Defendant (1-13) (see attached lists) |
| | Argument regarding Motion for Preliminary Injunction |
| | DW#1 - Tony Allen - expert |
| | Court takes Petition under advisement - order to follow |
| 2:39 pm | Court Adjourned |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                        **PLAINTIFF**

v.        **CASE NO. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                  **DEFENDANT**

## PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Timothy L. Brooks | Erin E. Murphy, Marshall Ney, James XI, Joseph DeMott | Justin Brascher – Jordan Broyles |
| PI HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| Aug. 15, 2023 | Paula Barden | Sheri Craig |

| Pltf. No. | Date Offered | Object. | Stip. | Recd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | 8/15/23 | N | Y | √ | Declaration of Carl Szabo (Doc. 17-1) |
| 2 | 8/15/23 | N | Y | √ | Declaration of Antigone Davis (Doc. 17-2) |
| 3 | 8/15/23 | N | Y | √ | Declaration of David Boyle (Doc. 17-3) |
| 4 | 8/15/23 | N | Y | √ | Declaration of Justyn Harriman (Doc. 17-4) |
| 5 | 8/15/23 | N | Y | √ | Apple, Use Parental Controls on Your Child's iPhone, iPad, and iPod Touch, https://archive.ph/T68VI |
| 6 | 8/15/23 | N | Y | √ | AT&T, Parental Controls, https://tinyurl.com/3ypvj7bv |
| 7 | 8/15/23 | N | Y | √ | Comcast Xfinity, Set Up Parental Controls for the Internet, https://tinyurl.com/5acdsnat |
| 8 | 8/15/23 | N | Y | √ | Google Family Link, Help Keep Your Family Safer Online, https://tinyurl.com/mr4bnwpy |
| 9 | 8/15/23 | N | Y | √ | Google, Safety Center https://tinyurl.com/kwkeej9z |
| 10 | 8/15/23 | N | Y | √ | Microsoft, Getting Started with Microsoft Family Safety, https://tinyurl.com/yc6kyruh |
| 11 | 8/15/23 | N | Y | √ | Microsoft, Learn More About Kids Mode in Microsoft Edge, https://tinyurl.com/59wsev2k |

| Pltf. No. | Date Offered | Object. | Stip. | Recd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 12 | 8/15/23 | N | Y | √ | Ben Moore & Kim Key, The Best Parental Control Apps for Your Phone, PCMag (Mar. 29, 2022), https://archive.ph/HzzfH |
| 13 | 8/15/23 | N | Y | √ | Mozilla, Block and Unblock Websites with Parental Controls on Firefox, https://tinyurl.com/6u6trm5y |
| 14 | 8/15/23 | N | Y | √ | Netgear, Circle Smart Parental Controls, https://archive.ph/wip/0GbB5 |
| 15 | 8/15/23 | N | Y | √ | Molly Price & Ry Crist, How to Set Up and Use Your Wi-Fi Router's Parental Controls, CNET (Feb. 11, 2021), https://archive.ph/wip/uGaN2 |
| 16 | 8/15/23 | N | Y | √ | T-Mobile, Family Controls and Privacy, https://tinyurl.com/57run7ac |
| 17 | 8/15/23 | N | Y | √ | Verizon, Verizon Smart Family, https://tinyurl.com/ycyxy6x6 |

2

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**NETCHOICE, LLC**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　CASE NO. 5:23-cv-05105-TLB

**TIM GRIFFIN, in his official capacity
as Attorney General of Arkansas**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Timothy L. Brooks | Erin E. Murphy, Marshall Ney, James XI, Joseph DeMott | Justin Brascher – Jordan Broyles |
| PI HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| Aug. 15, 2023 | Paula Barden | Sheri Craig |

| Deft. No. | Date Offered | Object. | Stip. | Recd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | 8/15/23 | N | Y | √ | Affidavit of Tony Allen (ECF Doc. 34-1) |
| 1-A | 8/15/23 | N | Y | √ | CV of Tony Allen |
| 2 | 8/15/23 | N | Y | √ | Affidavit of Dr. Karen Farst with incorporated CV attached as Ex. A |
| 3[1] | 8/15/23 | N | Y | √ | *Social Media Fact Sheet*, Pew Rsch. Ctr. (Apr. 7, 2021), https://www.pewresearch.org/internet/fact-sheet/social-media |
| 4 | 8/15/23 | N | Y | √ | *Fact Sheet: Biden-Harris Administration Announces Actions to Protect Youth Mental Health, Safety, & Privacy Online*, Off. of the President (May 23, 2023), https://www.whitehouse.gov/briefing-room/statements-releases/2023/05/23/fact-sheet-biden-harris-administration-announces-actions-to-protect-youth-mental-health-safety-privacy-online/ |

---

[1] Defendant's Exhibit Nos. 3-13 are being incorporated as exhibits pursuant to Joint Stipulations, ¶ 5 ("All sources cited in Defendant's briefing are admissible and may be considered by the Court as part of the record in this matter.").

| Deft. No. | Date Offered | Object. | Stip. | Recd | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 5 | 8/15/23 | N | Y | √ | U.S. Surgeon General, *Social Media & Youth Mental Health* 8 (2023), https://www.hhs.gov/sites/default/files/sg-youth-mental-health-social-media-advisory.pdf |
| 6 | 8/15/23 | N | Y | √ | FBI Nat'l Press Off., *FBI and Partners Issue National Public Safety Alert on Financial Sextortion Schemes* (Dec. 19, 2022), https://www.fbi.gov/news/press-releases/fbi-and-partners-issue-national-public-safety-alert-on-financial-sextortion-schemes |
| 7 | 8/15/23 | N | Y | √ | *Social Media and Teens*, American Academy of Child & Adolescent Psychiatry (updated Mar. 2018), https://www.aacap.org/AACAP/Families_and_Youth/Facts_for_Families/FFF-Guide/Social-Media-and-Teens-100.aspx |
| 8 | 8/15/23 | N | Y | √ | *CyberTipline 2022 Report*, Nat'l Ctr. for Missing & Exploited Children (last visited July 27, 2023) https://www.missingkids.org/cybertiplinedata |
| 9 | 8/15/23 | N | Y | √ | *2022 CyberTipline Reports by Electronic Service Providers (ESP)* 1, Nat'l Ctr. for Missing & Exploited Children (2023), https://www.missingkids.org/content/dam/missingkids/pdfs/2022-reports-by-esp.pdf |
| 10 | 8/15/23 | N | Y | √ | *The Online Enticement of Children: An In-Depth Analysis of CyberTipline Reports* 4, Nat'l Ctr. for Missing & Exploited Children (2017), https://www.missingkids.org/content/dam/missingkids/pdfs/ncmec-analysis/Online%20Enticement%20Pre-Travel.pdf |
| 11 | 8/15/23 | N | Y | √ | *Sextortion*, Nat'l Ctr. for Missing & Exploited Children (last visited July 27, 2023), https://www.missingkids.org/theissues/sextortion |
| 12 | 8/15/23 | N | Y | √ | *How Do We Know Someone Is Old Enough to Use Our Apps?*, Meta (July 27, 2021), https://about.fb.com/news/2021/07/age-verification/ |
| 13 | 8/15/23 | N | Y | √ | *About Us*, NetChoice (last visited July 27, 2023), https://netchoice.org/about/ |