UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                          **PLAINTIFF**

v.                              CASE NO. 5:23-cv-05105-TLB

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                                          **DEFENDANT**

### NETCHOICE'S MOTION TO VACATE DEADLINE
### FOR INITIAL DISCLOSURES AND TO STAY DISCOVERY

Plaintiff NetChoice, LLC ("NetChoice"), by and through its attorneys, respectfully moves this Court to vacate the November 21, 2023 deadline for initial disclosures and to stay all discovery in the above-captioned matter pending resolution of NetChoice's forthcoming dispositive motion. NetChoice's counsel has conferred with counsel for Defendant Tim Griffin, sued in his official capacity as Attorney General of Arkansas, and is informed that Defendant opposes this motion. In support of its motion, NetChoice states as follows:

1. This case involves a constitutional challenge to Arkansas Act 689 of 2023, enforcement of which is currently enjoined pursuant to this Court's order of August 31, 2023. *See* Dkt.44. The Act purports to protect minors from alleged harmful effects of "social media" by requiring "social media companies" to verify that any person seeking to create an account is at least 18 years old or has parental consent to create an account. *See* Ark. Code Ann. §4-88-1401 to -1404.

2. NetChoice believes this case presents pure questions of constitutional law that are ripe for resolution based on widely known facts about which there can be no genuine dispute. Under these circumstances, discovery is neither necessary nor appropriate. *See Hess v. Citibank (S.D.), N.A.*, 459 F.3d 837, 846 (8th Cir. 2006) (noting that some cases are ripe for summary

judgment without discovery); *Toben v. Bridgestone Retail Operations, LLC*, 751 F.3d 888, 896-98 (8th Cir. 2014) (affirming award of summary judgment without any merits discovery).

3. NetChoice is filing the present motion now, so that it will be ripe for resolution at the November 30, 2023 case-management conference, and intends to file its dispositive motion in advance of that conference.

4. NetChoice respectfully submits a legal brief in support of this motion, which is hereby incorporated by reference. For the reasons set forth in that brief, this Court should exercise its broad discretion to grant the relief NetChoice seeks.

WHEREFORE, NetChoice respectfully requests that the Court grant its Motion and enter an Order vacating the November 21, 2023 deadline for initial disclosures, *see* Dkt.46 ¶4, and staying all discovery in this matter pending a ruling on NetChoice's forthcoming dispositive motion.

Date: October 27, 2023

Respectfully submitted,

Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
Friday, Eldredge & Clark, LLP
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758
Telephone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kcampbell@fridayfirm.com

Paul D. Clement (admitted *pro hac vice*)
Erin E. Murphy (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Joseph J. DeMott (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com

james.xi@clementmurphy.com
joseph.demott@clementmurphy.com

*Counsel for Plaintiff NetChoice, LLC*