# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 5:23-cv-05105-TLB**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                          **DEFENDANT**

### JOINT MOTION TO EXTEND DEADLINES

Plaintiff, NetChoice, LLC, and Defendant, Tim Griffin, in his official capacity as Attorney General of Arkansas (collectively, the "Parties"), by and through their respective attorneys, and for their Motion to Extend Deadlines state as follows:

1.      Plaintiff filed an Amended Motion for Summary Judgment on June 21, 2024.

2.      Defendant's Response currently is due on July 5, 2024, and Plaintiff's Reply is tentatively due on July 12, 2024.

3.      The Parties have met and conferred and respectfully submit that good cause exists to extend the deadlines related to the Amended Motion for Summary Judgment.

4.      The Parties jointly request that the response and reply deadlines be reset as follows:

- Defendants' Response to Plaintiff's Motion for Summary Judgment – July 12, 2024

- Plaintiff's Reply in Support of its Motion for Summary Judgment – July 26, 2024

5.      The extension is for good cause and is not requested for delay or frivolous purposes.

WHEREFORE, the Parties request that this joint extension be granted by this Court and the briefing schedule be amended by the grant of this motion, and for all other relief to which they are entitled.

Respectfully submitted,

Marshall S. Ney, Ark. Bar No. 91108
Katherine C. Campbell, Ark. Bar No. 2013241
Friday, Eldredge & Clark, LLP
3350 S. Pinnacle Hills Pkwy, Suite 301
Rogers, AR 72758
Telephone: (479) 695-6049
Facsimile: (501) 244-5389
mney@fridayfirm.com
kcampbell@fridayfirm.com

Paul D. Clement (admitted *pro hac vice*)
Erin E. Murphy (admitted *pro hac vice*)
James Y. Xi (admitted *pro hac vice*)
Joseph J. DeMott (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
james.xi@clementmurphy.com
joseph.demott@clementmurphy.com

*Counsel for Plaintiff NetChoice, LLC*

**AND**

John Payne, Ark. Bar No. 97097
Jordan Broyles, Ark. Bar No. 2015156
Noah P. Watson, Ark. Bar No. 2020251
Justin Brascher, Ark. Bar No. 2023029
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-1019
Facsimile: (501) 682-2591
john.payne@arkansasag.gov
jordan.broyles@arkansasag.gov
noah.watson@arkansasag.gov
justin.brascher@arkansasag.gov

*Counsel for Defendant*