IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                   **Plaintiff**

**v.**                                    **Case No. 5:23-cv-5105**

**TIM GRIFFIN, in his official capacity as Attorney**                                               **Defendant**
**General of Arkansas**

## Notice of Appearance

Assistant Attorney General Laura Purvis hereby enters her appearance as counsel for Defendant Tim Griffin and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    /s/ Laura Purvis
        Laura Purvis
        Ark. Bar No. 2023239
        Office of the Arkansas Attorney General
        323 Center Street, Suite 200
        Little Rock, AR 72201
        Phone: (501) 320-3085
        Fax:   (501) 682-2591
        Email:  laura.purvis@arkansasag.gov

*Attorneys for Tim Griffin*