IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NETCHOICE, LLC**                                                                                           **PLAINTIFF**

V.                                          **CASE NO. 5:23-CV-5105**

**TIM GRIFFIN, in his official capacity**
**as Attorney General of Arkansas**                                                       **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Arkansas Act 689 is **DECLARED** unconstitutional. Act 689, if implemented, would violate the First Amendment rights of Arkansans because it is a facially content-based restriction on speech that is not narrowly tailored to serve a compelling government interest. It would also violate the due process rights of Plaintiffs' members because it is unconstitutionally vague in violation of the Fourteenth Amendment.

2. The Court hereby **PERMANENTLY ENJOINS** Defendant, his employees, agents, and successors in office, and all persons acting in concert with them from enforcing Act 689.

**IT IS SO ORDERED AND ADJUDGED** on this 31st day of March, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE