# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**NETCHOICE, LLC**     **Plaintiff**

**v.**     **Case No. 5:23-cv-5105**

**TIM GRIFFIN, in his official capacity as Attorney General of Arkansas**     **Defendant**

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, Defendant Tim Griffin, in his official capacity as Attorney General of Arkansas, files this notice of appeal to the United States Court of Appeals for the Eighth Circuit from the memorandum opinion and order and the judgment entered on March 31, 2025. Mem. Op. and Order, ECF No. 77; Judgment, ECF No. 78.

Defendant files this notice, out of an abundance of caution, in the unlikely event that the Court characterizes Defendant's Rule 59(e) motion as a different type of motion that would not extend the time allowed to file a notice of appeal under Federal Rule of Appellate Procedure 4(a)(4). *See Nordgren v. Hennepin County*, 96 F.4th 1072, 1077 (8th Cir. 2024). Because this notice of appeal does not become effective until this Court enters an order disposing of Defendant's Rule 59(e) motion, Fed. R. App. P. 4(a)(4)(B)(i), this Court still has jurisdiction to rule on the pending Rule 59(e) motion, *see Stone v. J & M Sec., LLC*, 55 F.4th 1150, 1152 (8th Cir. 2022) (holding the "notice of appeal did not deprive the district court of jurisdiction to rule on their Rule 59(e) motion").

                    Respectfully submitted,

                    TIM GRIFFIN  
                    Attorney General

By:    Laura Purvis  
        Ark. Bar No. 2023239  
        Assistant Attorney General  
        Arkansas Attorney General's Office  
        323 Center Street, Suite 200  
        Little Rock, Arkansas 72201  
        (501) 370-3085  
        (501) 682-2591 fax  
        laura.purvis@arkansasag.gov

        *Attorneys for Tim Griffin*