# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

| | |
|---|---|
| NETCHOICE, LLC | **Plaintiff** |
| v.      Case No. 5:23-cv-5105 | |
| TIM GRIFFIN, in his official capacity as Attorney General of Arkansas | **Defendant** |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT

Defendant Attorney General Tim Griffin, in his official capacity as Attorney General of Arkansas, for his motion for leave to file a reply brief in support of his motion to alter or amend judgment, states:

1. On April 28, 2025, Defendant filed his Rule 59(e) motion to alter or amend judgment. ECF No. 82.

2. On June 2, 2025, Plaintiff filed its response in opposition to Defendants' Rule 59(e) motion. ECF No. 93.

3. Defendant seeks leave to file a reply to address the arguments raised in Plaintiff's response.

4. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel stated that they are not opposed to this motion.

5. A copy of Defendant's proposed reply in support of Defendant's Rule 59(e) motion is attached as Exhibit 1 to this motion.

WHEREFORE, Defendant respectfully asks this Court for leave to file a reply brief in support of his Rule 59(e) motion to alter or amend judgment.

Respectfully submitted,

TIM GRIFFIN
Attorney General


By: Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General
Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, AR 72201
(501) 320-3085
(501) 682-2591 fax
laura.purvis@arkansasag.gov

*Attorneys for Tim Griffin*