**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

NETCHOICE, LLC                                                  **Plaintiff**

**v.**                          **Case No. 5:23-cv-5105**

TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas                                    **Defendant**

### AMENDED NOTICE OF APPEAL

Under 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4, Defendant Tim Griffin, in his official capacity as Attorney General of Arkansas, files this amended notice of appeal to the United States Court of Appeals for the Eighth Circuit. On April 30, 2025, the Attorney General—after filing a Rule 59(e) motion but before the Court had ruled on it—filed an initial notice of appeal from the memorandum opinion and order granting NetChoice's summary-judgment motion and the judgment entered on March 31, 2025. Notice of Appeal, ECF No. 85. As that notice explained, the notice was filed, "out of an abundance of caution," and did not become effective until after this Court ruled on the Rule 59(e) motion. *Id.*

On July 23, 2025, the Court entered an order denying the Attorney General's Rule 59(e) motion. Order, ECF No. 97. Under Federal Rule of Appellate Procedure 4(a)(4)(B), the Attorney General now files this timely amended notice of appeal from the order denying his Rule 59(e) motion on July 23, 2025, ECF No. 97, as well as the memorandum opinion and order granting NetChoice's summary-judgment motion and the judgment entered on March 31, 2025, ECF Nos. 77–78.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Laura Purvis
Ark. Bar No. 2023239
Assistant Attorney General

Arkansas Attorney General's Office
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 320-3085
(501) 682-2591 fax
laura.purvis@arkansasag.gov

*Counsel for Attorney General Tim Griffin*