# U.S. COURT OF APPEALS - EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

Western District of Arkansas - **FAYETTEVILLE DIVISION**

Civil Case No.: **5:23-cv-05105-TLB**

Case Title: **NetChoice, LLC v. Griffin**

Length of Trial: N/A

| | | |
|---|---|---|
| Financial Status: | Fee Paid? | Yes |
| | If NO, has IFP been granted? | N/A |
| | Is there a pending motion for IFP? | No |
| Are there any other post-judgment motions? | | No |

Please identify the court reporter.

If no court reporter, please check ☐

Name and Phone Number   Paula Barden (479) 695-4460

SPECIAL COMMENTS:

Appeal number: 25-01889
Amended NOA filed 7/31/25 @ ECF 98.